FILED
2018 DEC 21 PM 12:07

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br><br>David Moore<br>DEFENDANT(S). | CASE NUMBER<br>M.J 18-3371<br><br>AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the __Southern__ District of __West Virginia__ on __03-06-2018__
at __800__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about __10-24-2018__
in violation of Title __21__ U.S.C., Section(s) __841__
to wit: __Indictment Possession w/ Intent to Distribute Controlled Substance__

A warrant for defendant's arrest was issued by: __Duty Magistrate Judge__

Bond of $_____ was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence __12/21/18__, by
__Kymberli Clark__, Deputy Clerk.

Signature of Agent

__Leonel Luna__
Print Name of Agent

__USMS__
Agency

__Deputy Marshals__
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT